RONALD KELLY v. GEORGE GARTNER, CIRCUIT JUDGE OF WAYNE COUNTY.

*Equity practice—Examination of witnesses in open court.*

The right to an examination of the witnesses in a chancery suit in open court cannot be claimed until the cause is at issue as to all of the defendants, or until those who have not answered have been defaulted; citing *Lumber Co. v. Gustin,* 54 Mich. 264.[1]

*Mandamus.* Argued February 9, 1892. Granted February 10, 1892.

Relator is one of several defendants in a cause pending in the Wayne circuit court, in chancery. Complainant, at a time when the cause was at issue as to all of the defendants but J., demanded an examination of witnesses in open court. Subsequently, and on December 17, 1891, the demurrer of J. to the bill was overruled, with leave to answer, the cause to stand for hearing at the January term, 1892, and the answer of J. was filed December 28. On December 19 notice that the cause would be brought on for hearing at the January term was served by complainant's counsel, and the cause was placed on the docket; whereupon relator applied for *mandamus* to strike the case therefrom.

*Ronald Kelly, in pro. per. (W. F. Atkinson,* of counsel), for relator.

*C. S. McDonald,* for respondent.

PER CURIAM. This motion is ruled by *S. C. Hall Lumber Co. v. Gustin,* 54 Mich. 624.

---

[1] See *Bussey v. Bussey,* 71 Mich. 504; *Gray v. Franks,* 86 Id. 382.

A party cannot demand an examination in open court of witnesses in a chancery case until the cause is at issue as to all of the defendants, or until those who have not answered are defaulted.

Writ granted.